NO. 07-08-0256-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 12, 2008

_____


AMADO FLORES, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE


_____

FROM THE 287th DISTRICT COURT OF BAILEY COUNTY;

NO. 2202; HON. GORDON HOUSTON GREEN, PRESIDING
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**On Motion to Dismiss**

Appellant, Amado Flores, filed a *pro se* Notice of Appeal to appeal a judgment of revocation and sentence entered against him in the 287th District Court of Bailey County, Texas.  However, appellant has now filed a motion to dismiss his appeal.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a)[1] and this Court has not delivered its decision prior to receiving it, the motion is

---

[1] We note that appellant's attorney has not signed the motion, as required by Rule 42.2(a).  However, as appellant filed his Notice of Appeal *pro se* and has made no request for the appointment of counsel, we conclude that this motion complies with the requirements of Rule 42.2(a).

hereby granted and the appeal is dismissed.  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue.

Mackey K. Hancock
Justice

Do not publish.